```
1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   John C. CUSKER, CSBN 148227
4  Special Assistant United States Attorney
        333 Market St., Ste. 1500
5       San Francisco, Ca. 94105
        Tel. (415) 977-8975
6       FAX: (415) 744-0134
        Email: john.cusker@ssa.gov
7
   Attorneys for Defendant
8  Commissioner of Social Security
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. COMEAU, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | EDCV 07-1554 (MAN) <br><br> **JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment filed on June 24, 2008 ("Stipulation for Remand"),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: June 24, 2008

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　HON. MARGARET A. NAGLE

UNITED STATES MAGISTRATE JUDGE